No. 497. GLASSCOTT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Alexander Campbell* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 539. MASON *v.* SUMMER LAKE IRRIGATION DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Cleveland C. Cory* for respondents.

No. 523. UNITED INSURANCE CO. OF CHICAGO ET AL. *v.* MALONEY, INSURANCE COMMISSIONER OF CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Jesse H. Steinhart* for petitioners. *Edmund G. Brown,* Attorney General of California, and *Harold B. Haas,* Deputy Attorney General, for respondent.

No. 60, Misc. RANDALL *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 98, Misc. McELHANEY *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 182, Misc. BALDWIN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *William V. O'Connor,* Chief Deputy Attorney General,